UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GLINDA M. MYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:06-CV-00081 |
| | ) |
| MICHAEL J. ASTRUE,[1] | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Glinda M. Myers on March 14, 2007. (Docket # 20.)  Defendant Commissioner of Social Security has apparently declined to file a response.

On January 18, 2007, this Court entered an Order remanding this case to the Social Security Administration for further proceedings. (Docket # 18.)  Myers is now seeking $4,738.50 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A).  Here, the Commissioner apparently concedes that an award of fees is appropriate since it has declined to file a response.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security, and thus he is automatically substituted for Jo Anne B. Barnhart as the Defendant in this case. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

Accordingly, Myers's request for attorney fees will be granted.

## **CONCLUSION**

For the foregoing reasons, Myers's motion for award of attorney's fees under the EAJA (Docket # 20) is GRANTED in the amount of $4,738.50.

Enter for April 6, 2007.

S/ Roger B. Cosbey<br>
Roger B. Cosbey<br>
United States Magistrate Judge